**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| AARON R. OWENS, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>MISSOURI DEPARTMENT OF )<br>SOCIAL SERVICES, )<br>)<br>　　　　Defendant. ) | No. 4:06CV430(AGF) |

**ORDER OF DISMISSAL**
**PURSUANT TO**
**28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 30th day of May, 2006.

_____
SENIOR U.S. DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com